NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3279

DAVID GALLOWAY,

Petitioner,

v.

DEPARTMENT OF AGRICULTURE,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752061173-C-3.

## O R D E R

David Galloway has not responded to the court's September 3, 2009 letter informing him that his petition would be dismissed absent a response within 21 days.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The petition for review is dismissed.

(2)    Each side shall bear its own costs.

OCT 21 2009
_____
Date

cc:    David Galloway
       Jessica R. Toplin, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 1 2009

JAN HORBALY
CLERK